# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:20−cv−03930

| | |
|---|---|
| Denton v. Federal Bureau of Prisons et al | Date Filed: 11/16/2020 |
| Assigned to: Judge George C Hanks, Jr | Jury Demand: None |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 550 Prisoner: Civil Rights |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Ricky Denton**  represented by  **Ricky Denton**
51419179
USP Beaumont
PO Box 26030
Beaumont, TX 77720
PRO SE

V.

**Defendant**

**Federal Bureau of Prisons**

**Defendant**

**Warden Shultz**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2020 | Ï 1 | Prisoner Civil Rights COMPLAINT against All Defendants (Filing fee $ 400) filed by Ricky Denton.(ChristopherSarrat, 4) (Entered: 11/19/2020) |
| 11/16/2020 | Ï 2 | NOTICE to Pro Se Litigant of Case Opening. Party notified, filed. (ChristopherSarrat, 4) (Entered: 11/19/2020) |
| 11/25/2020 | Ï 3 | ORDER TO TRANSFER CASE to Eastern District of Texas, Beaumont (Signed by Judge George C Hanks, Jr) Parties notified.(olindor, 4) (Entered: 11/27/2020) |